ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 3-11CR-035-B |
| | § | |
| THOMAS W. RICHARDSON (1) | § | |

## INDICTMENT

The Grand Jury charges:

At all times material to this indictment:

1. The Internal Revenue Service ("IRS") was and is an agency of the U.S. Department of the Treasury, which was responsible for determining, assessing, and collecting taxes for the United States.

2. A Taxpayer Identification Number ("TIN") is an identification number used by the IRS in the administration of tax laws. TINs consist primarily of social security numbers ("SSNs") and Employer Identification Numbers ("EINs"). SSNs are issued to U.S. citizens and resident aliens while EINs are used to identify business entities. TINs must be furnished on tax returns, statements to the IRS, and other tax related documents.

<u>Counts One Through Five</u>
False Claim for Refund
(Violation of 18 U.S.C. §§ 287 & 2)

1. The Introduction to the indictment is realleged and made part of these counts.

2. On or about the date stated as to each count listed below, in the Northern District of Texas and elsewhere, defendant **Thomas W. Richardson** knowingly made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the United States Department of Treasury, claims against the United States for payment, which he knew to be false, fictitious and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, with the Internal Revenue Service what purported to be an IRS Form 1040, U.S. Individual Income Tax Return, for tax year 2005 for himself and the individuals named below, wherein claims for income tax refunds for the amounts listed below were made, with knowledge that such claims were false, fictitious, and fraudulent.

| Count | Date of Offense | Taxpayers | Amount Claimed |
|---|---|---|---|
| 1 | 4/16/2006 | S.G./S.G. | $226,190 |
| 2 | 4/16/2006 | H.H./H.H. | $294,883 |
| 3 | 4/16/2006 | A.W./S.J. | $249,462 |
| 4 | 4/16/2006 | D.W./M.W. | $257,950 |
| 5 | 8/17/2006 | Thomas W. Richardson/L.R. | $1,675,673 |

In violation of 18 U.S.C. §§ 287 & 2.

## Counts Six Through Twelve
### Theft of Government Property
### (Violation of 18 U.S.C. §§ 641 & 2)

1. The Introduction to the indictment is realleged and made part of these counts.

2. On or about the dates set forth below, in the Northern District of Texas and elsewhere, defendant **Thomas W. Richardson** stole, and knowingly converted to his use and the use of another, money and property of the United States, that is the tax refunds set forth below, with intent to convert said money and property to his own use:

| Count | Date of Offense | Account | Social Security Number | Refund Received from the IRS |
|---|---|---|---|---|
| 6 | 5/12/2006 | 3950 | xxx-xx-3304 | $283,126 |
| 7 | 5/19/2006 | 3950 | xxx-xx-7657 | $256,542 |
| 8 | 5/19/2006 | 3950 | xxx-xx-9486 | $277,286 |
| 9 | 5/19/2006 | 0725 | xxx-xx-4044 | $273,262 |
| 10 | 5/19/2006 | 3950 | xxx-xx-4076 | $246,862 |
| 11 | 5/19/2006 | 3950 | xxx-xx-6115 | $232,940 |
| 12 | 5/19/2006 | 3950 | xxx-xx-9623 | $294,883 |

In violation of 18 U.S.C. §§ 641 & 2.

Count Thirteen
Aggravated Identity Theft
(Violation of 18 U.S.C. §§ 1028A & 2)

1. The Introduction to the indictment is realleged and made part of this count.

2. On or about April 17, 2006, in the Northern District of Texas and elsewhere, defendant **Thomas W. Richardson** did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, a name and SSN of another person, S.W., during and in relation to the theft of government property in violation of 18 U.S.C. § 641, as charged in Count Eight of this indictment.

In violation of 18 U.S.C. §§ 1028A & 2.

<u>Count Fourteen</u>
Aggravated Identity Theft
(Violation of 18 U.S.C. §§ 1028A & 2)

1. The Introduction to the indictment is realleged and made part of this count.

2. On or about April 17, 2006, in the Northern District of Texas and elsewhere, defendant **Thomas W. Richardson** did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, a name and SSN of another person, J.W., during and in relation to the theft of government property in violation of 18 U.S.C. § 641, as charged in Count Nine of this indictment.

In violation of 18 U.S.C. §§ 1028A & 2.

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
JOSEPH M. REVESZ
Assistant United States Attorney
Texas State Bar No. 16792700
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8664
Facsimile: 214.659.8803
E-mail: Joe.Revesz@usdoj.gov

_____
ROBERT A. KEMINS
Trial Attorney
United States Department of Justice Tax Division
Massachusetts State Bar No. 267330
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone: 214.880.9781
Facsimile: 214.880.9741
E-mail: robert.a.kemins@usdoj.gov


JED M. SILVERSMITH
Washington State Bar # 31110
U.S. Department of Justice, Tax Division
601 D Street NW, 7th Floor
Washington, DC 20004
Telephone: (202) 514-5145
Facsimile: (202) 514-0961
E-mail: jed.m.silversmith@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

THOMAS W. RICHARDSON (1)

INDICTMENT

18 USC §§ 287 and 2
False Claim for Refund

18 USC §§ 641 and 2
Theft of Government Property

18 USC §§ 1028A and 2
Aggravated Identity Theft

14 Counts

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this _____ day of February, 2011

_____ Clerk

Warrant to Issue

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal Complaint Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: __Yes  _X_No
New Defendant: _X_Yes  ___No
Pending CR Case in NDTX: __Yes __No (If yes, CR #:)
Search Warrant Case Number: _____
Rule 20 from District of: _____
Magistrate Case Number: _____

ORIGINAL

3-11-cr-035-B

RECEIVED FEB -8 2011 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

   Juvenile: ☐ Yes  ☒ No
   Matter to be sealed: ☐ Yes  ☒ No

   Defendant Name: Thomas W. Richardosn (1)
   Alias Name: _____
   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Robert Kemins          Bar # MA 267330

3. **Interpreter**

   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 14   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 USC §§ 287 and 2 | False Claim for Refund | 1-5 |
   | 18 USC §§ 641 and 2 | Theft of Government Property | 6-12 |
   | 18 USC §§ 1028A and 2 | Aggravated Identity Theft | 13, 14 |

   Date 2-8-11          Signature of AUSA: [signature]